IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES F. ARNETT,

    Petitioner,

vs.

WANZA JACKSON,

    Respondent,

Case Number: 1:01-cv-00157

Senior District Judge S. Arthur Spiegel

## JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . The Court hereby ADOPTS the Magistrate Judge's report (doc. 5), and AFFIRMS the Magistrate Judge's recommended decision. As such, the Court GRANTS Petitioner's habeas corpus petition (doc. 1) so that Petitioner be released from prison unless the Hamilton County, Ohio Court of Common Pleas resentences Petitioner, in proceedings presided over by a different judge than the one who originally sentenced Petitioner, within ninety days of the entry of this order.

10/8/03

Kenneth Murphy, Clerk

s/Kevin Moser
Kevin Moser
Deputy Clerk