# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JAMES F. ARNETT, | : |
| Petitioner, | : |
| | Case No. C 1 01 157 |
| v. | : |
| | Judge Spiegel |
| WANZA JACKSON, Warden, | : |
| Respondent. | : |

## RESPONDENT JACKSON'S NOTICE OF APPEAL

Now comes Respondent Wanza Jackson and gives notice of appeal to the United States Court of Appeals for the Sixth Circuit from the Order of this Court, filed October 8, 2003 granting Petitioner James Arnett a writ of habeas corpus in the above styled case.

Respectfully submitted,

JIM PETRO   (0022096)
Attorney General


/s/Stuart A. Cole
STUART A. COLE   (0020237
Assistant Attorney General
Corrections Litigation Section
150 East Gay St., 16th Floor
Columbus, Ohio   43215
(614) 644-7233
(614) 728-9327 – Fax
scole@ag.state.oh.us

Counsel for Respondent

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was sent via regular U.S. mail to Charles H. Bartlett, Jr., Esq., 917 Main Street, Suite 300, Cincinnati, Ohio 45202, on this 21st day of October 2003.

/s/Stuart A. Cole
STUART A. COLE
Assistant Attorney General