Wed Oct 22 15:56:41 2003

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.    100 420639
Cashier         kj1

Tender Type  CHECK

Check Number: 753

Transaction Type   N

DD Code    Div No     Acct
4661          1        086900

Amount                $     105.00

CITY OF CINCINNATI

APPEAL FEE C-1-03-654

Wed Oct 22 15:56:41 2003

Check No. 753
Amount$   105.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661