For Use by District Court Personnel Only

## TRANSMISSION FORM

| District Court: | **S.D. of Ohio (Western Division)** |
| --- | --- |
| District Court Case No: | **1:01cv0157** |

APPEAL INFORMATION to be completed by the Sixth Circuit

Court of Appeals Case No:

03-4375

SHORT CAPTION

**JAMES F. ARNETT**

Case Manager:

Plaintiff/Petitioner

vs.

**ANTHONY J. BRIGANO**

Defendant/Respondent

*provide pro se address IF NOT on the docket sheet

Date Filed:

**FILED**

OCT 27 2003

LEONARD GREEN, Clerk

| District Court Judge: | **S. Arthur Spiegel** |
| --- | --- |
| Court Reporter(s): | |

Anything That Needs Special Attention

**Notice of Appeal (doc.#12) appealing Order (doc.#9) entered on October 8, 2003.**

| From Deputy Clerk: | **Arthur Hill** |
| --- | --- |
| Date: | **October 22, 2003** |

$105.00 Appeal Filing Fee Paid?    Yes

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**    Volume(s)

Deposition(s)    Volume(s)        Exhibit(s)    Volume(s)

Transcript(s)    Volume(s)        **Sealed**    Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**KENNETH J. MURPHY**

Clerk: _____

United States District Court

03 OCT 27 PM 4:22

FILED
KENNETH J. MURPHY
CLERK