**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

FILED
JAN - 6 2005
LEONARD GREEN, Clerk

05 JAN -6 AM 9:05

No. 03-4375

**JAMES ARNETT,**
    Petitioner - Appellee,

1:01cv157

v.

**WANZA JACKSON, Warden,**
    Respondent - Appellant.

Before: CLAY and GILMAN, Circuit Judges; MATIA, Chief District Judge.

## JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is REVERSED, and the case is REMANDED with instructions to dismiss petitioner James Arnett's petition for a writ of habeas corpus.

**ENTERED BY ORDER OF THE COURT**

_____
Leonard Green, Clerk