UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-4375

Filed: April 14, 2005

JAMES F. ARNETT

       Petitioner - Appellee

v.

WANZA JACKSON, Warden

       Respondent - Appellant

1:01cv157

**MANDATE**

Pursuant to the court's disposition that was filed 1/6/05 the mandate for this case hereby issues today.

| | |
|---|---|
| No costs taxed | A True Copy. |
| | Attest: |
| Filing Fee ............$ | |
| Printing ............$ | /s/ |
| Total ........$ | Deputy Clerk |