01-00157
RECEIVED
Cincinnati
[illegible]
LEONARD GREEN, Clerk

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

cc
03-4375

William K. Suter
Clerk of the Court
(202) 479-3011

July 7, 2005

FILED
JUL 1 2 2005
LEONARD GREEN, Clerk

05 JUL 25 PM 4:11

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

    Re:  James F. Arnett
          v. Wanza Jackson, Warden
          No. 05-5160
          (Your No. 03-4375)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on July 1, 2005 and placed on the docket July 7, 2005 as No. 05-5160.

                          Sincerely,

                          William K. Suter, Clerk

                          by
                          Heather Trant
                          Case Analyst