UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES F. ARNETT,  :  NO. 1:01-CV-00157
      Petitioner,  :
  v.  :  **ORDER**
WANZA JACKSON,  :
      Respondent.  :

On January 6, 2005, the Court of Appeals reversed this Court's decision granting Petitioner's habeas petition unless Petitioner would be granted resentencing with a different state court judge (doc. 20). The Supreme Court denied Petitioner's subsequent petition for writ of certiorari, on October 3, 2005 (doc. 25).

The district court now has proper jurisdiction over this matter. In accordance with the January 6, 2005 decision of the Sixth Circuit Court of Appeals, the Court hereby DISMISSES Petitioner's Petition for Habeas Corpus (doc. 1).

      SO ORDERED.

Dated: 3/7/06

S. Arthur Spiegel
United States Senior District Judge